No. 572.   SCHINE CHAIN THEATRES, INC. ET AL. *v.* UNITED STATES.   January 20, 1947.   Appeal from the

District Court of the United States for the Western District of New York. The petition for rehearing is granted. The judgment entered December 16, 1946, *ante,* p. 686, is vacated and probable jurisdiction is noted. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Willard S. McKay, Harold R. Medina, Arthur Garfield Hays* and *Osmond K. Fraenkel* for appellants.